[No. 15608–0–I.   Division One.   February 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DARNELL WEBSTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–02206–6, Arthur E. Piehler, J., entered November 5, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 13421–3–I.   Division One.   February 3, 1986.]

VERNON GRANDY, *Appellant,* v. BARBARA A. MEAD, *as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–10002–1, James D. McCutcheon, Jr., J., entered June 1, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[No. 6966–1–II.   Division Two.   February 3, 1986.]

HAROLD VICTOR JOHNSON, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 295511, Thomas A. Swayze, Jr., J., entered March 4, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7295–5–II.   Division Two.   February 3, 1986.]

ADAIR HOMES, INC., *Respondent,* v. CHARLES A. HENDRICKSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–01115–1, Carol A. Fuller, J., entered August 22, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Steiner, JJ. Pro Tem.